# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL ARNOLD,

        Appellant

        v.

JUDGE SHAWN MCMAHON; THE COURT
OF COMMON PLEAS CAMERON COUNTY,
PENNSYLVANIA,

        Appellees

: No. 15 WAP 2026
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW,** this 23rd day of July, 2026, the Notice of Appeal is **QUASHED**. *Cf.* Pa.R.A.P. 910(a)(5) ("Only the questions set forth in the [jurisdictional] statement, or fairly comprised therein will ordinarily be considered by the Court.").